JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| C&SM Intl., a South Korean Corporation<br><br>Plaintiff,<br><br>vs.<br><br>MI IN FASHION, INC., d/b/a CES FEMME, a California Corporation; RNK PRODUCTION, INC., d/b/a RACHEL KATE, a California Corporation; COLORMC, a business entity of form unknown; VANILLA MONKEY LTD, a California Corporation; and DOES 1 through 10, inclusive<br><br>Defendants. | Case No. 2:18-cv-06216-FMO-SS<br><br>*Honorable Fernando M. Olguin presiding*<br><br>**ORDER ON JOINT STIPULATION [70] RE: DISMISSAL WITH PREJUDICE AS TO ALL ACTIONS**<br><br>*Trial Date: October 22, 2019* |

IT IS HEREBY ORDERED that:

The Joint Stipulation for Dismissal with Prejudice is approved. The entire action stated herein against all parties, is hereby dismissed with prejudice, with each party to bear its own attorney's fees and costs.

Dated: June 17, 2019 /s/

The Honorable Fernando M. Olguin
United States District Judge

1.

ORDER RE: DISMISSAL AS TO ALL ACTIONS